**E-Filed 11/24/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIAN E. DEAN, | Case No. C 09-4630 JF (PVT) |
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| ANN MILLER RAVEL, et al., | |
| Defendants. | |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, 175 F.R.D. 363, 367, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another district judge pursuant to this Court's Assignment Plan.

DATED: 11/24/09

_____
JEREMY FOGEL
United States District Judge