1   EUGENE FLEMATE, State Bar No. 057011
    LAW OFFICES OF EUGENE FLEMATE
2   552 N. Second Street
    San Jose, CA 95112
3   Telephone: (408) 298-7700
    Facsimile: (408) 298-7715
4   DME1.505

5   Attorney for Plaintiff MARIAN E. DEAN

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

1/20/2010

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10  MARIAN E. DEAN,                    )  Case No. C09-04630 JW (PVT)
                                       )
11          Plaintiff,                 )  STIPULATION FOR EXTENSION OF
                                       )  TIME TO RESPOND TO DEFENDANTS'
12  v.                                 )  MOTION TO DISMISS AND TO
                                       )  PLAINTIFF'S MOTION FOR REMAND
13  ANN MILLER RAVEL, ALICE            )  AND FOR CONTINUANCE OF
    WHEATLEY, LORI E. PEGG, BRIAN      )  HEARINGS; ORDER THEREON
14  McKENNA, THE COUNTY OF             )
    SANTA CLARA and DOES 1 through 20, )
15                                     )
            Defendants.                )
16                                     )
                                       )
17  _____ )

18       WHEREAS, Defendants have filed a motion to dismiss which is currently scheduled for

    hearing on December 11, 2009 at 9:00 a.m., and
19
         WHEREAS, Plaintiff has filed a motion for remand which is also scheduled for hearing
20
    on December 11, 2009 at 9:00 a.m., and
21
         WHEREAS, November 20, 2009 is the time set for filing opposition to said motions and
22
    the Plaintiff needs additional time to respond to the motion to dismiss, and
23
         WHEREAS, a case management conference is currently set for Friday, January 29, 2010
24
    at 10:30 a.m.
25
         IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-
26

27  STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
    MOTION TO DISMISS AND TO PLAINTIFF'S MOTION FOR REMAND AND FOR
28  CONTINUANCE OF HEARINGS; ORDER THEREON,
    PAGE 1.

1    entitled action, by their respective counsel, that the hearing on the respective motions be

2    continued to January 29, 2010 at 9:00 a.m. and that the time for filing opposition to said motions

3    be extended from November 20, 2009 to January 8, 2010.

4         Dated: November 18, 2009

5                                       LAW OFFICES OF EUGENE FLEMATE

6

7                                       By _____
                                             EUGENE FLEMATE
8
                                        Attorneys for Plaintiff MARIAN DEAN
9
         Dated: November 18, 2009
10
                                        McPHARLIN, SPRINKLES & THOMAS LLP
11

12                                      By: _____
                                             ANNE C. STROMBERG
13
                                        Attorney for Defendants
14                                      ANN MILLER RAVEL, ALICE WHEATLEY,
                                        LORI E. PEGG, BRIAN McKENNA and THE
15                                      COUNTY OF SANTA CLARA

16
                         **IT IS SO ORDERED AS MODIFIED**
17
              PURSUANT TO STIPULATION OF THE PARTIES, IT IS ORDERED that hearing on
18
     Plaintiff's motion for remand and Defendants' motion to dismiss is VACATED and the motions
19
     TERMINATED.   The shall re-file and notice their motions before Judge James Ware
20   pursuant to the case reassignment.   The Court set a Case Management Conference for
     April 5, 2010 at 10:00 AM.  The parties shall file a joint case management conference
21   statement on or before March 26, 2010.

22       Dated: January 20, 2010
                                        _____
23                                      UNITED STATES DISTRICT JUDGE

24

25

26

27   STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS'
     MOTION TO DISMISS AND TO PLAINTIFF'S MOTION FOR REMAND AND FOR
28   CONTINUANCE OF HEARINGS; ORDER THEREON,
     PAGE 2.