UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Marion E. Dean

                                   CASE NO. C 09-04630 JW

              Plaintiff(s),

       v.                          STIPULATION AND [~~PROPOSED~~]
Ann Miller Ravel, et al.                        ORDER SELECTING ADR PROCESS

              Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        ~~Non-binding Arbitration (ADR L.R. 4)~~  *see pls*
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
        ~~Mediation (ADR L.R. 6)~~  *see pls*

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: APR 19 2010                                          *[signature]*
                                                          Attorney for Plaintiff

Dated: 4/19/10                                            *[signature]*
                                                          Anne C. Stromberg
                                                          Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
       X Mediation
        Private ADR

    Deadline for ADR session
       X 90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated: April 20, 2010

_____
UNITED STATES DISTRICT  JUDGE